No. 92–6176. McCRAY v. TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 92–6177. CARBARCAS-A v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 92–6189. FERGUSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 92–6200. KENNEDY v. SHILLINGER, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied. 

No. 92–6203. GARGALLO v. MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., ET AL. C. A. 6th Cir. Certiorari denied. 

No. 92–6206. FRIZZEL v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied. 

No. 92–6210. McKOY v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 92–6216. LUSTGARDEN v. GUNTER, EXECUTIVE DIRECTOR, DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Certiorari denied. 

No. 92–6218. ATANASOFF v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 92–6224. CALLIS v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied. 

No. 92–6229. KEHNE v. ROLLINS, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 92–6231. DOWTIN v. TOOMBS, WARDEN. C. A. 6th Cir. Certiorari denied. 

No. 92–6233. NICHOLSON v. FLORIDA. Sup. Ct. Fla. Certiorari denied. 

No. 92–6238. MATHIS v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.